NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRESENIUS KABI USA, LLC,**
*Appellant*

**v.**

**J. KYLE BASS, ERICH SPANGENBERG,**
*Appellees*

---

2017-2402

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-00254.

---

## JUDGMENT

---

JOHN T. BENNETT, Goodwin Procter LLP, Boston, MA, argued for appellant. Also represented by SAMUEL SHERRY, DARYL L. WIESEN; CYNTHIA LAMBERT HARDMAN, New York, NY.

GREGORY J. GONSALVES, The Gonsalves Law Firm, Falls Church, VA, argued for appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2018          /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court